UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**RICHARD DONNELL BRUCE**                                                                                    **PLAINTIFF**

**VS.**                                                        **CIVIL ACTION NO. 5:12-CV-131-DCB-JMR**

**3M COMPANY, ET AL**                                                                                   **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter came before the Court on the joint motion of Plaintiff Richard Donnell Bruce and Defendants Clemco Industries Corp., Clark Sand Co., Inc., Pangborn Corp., Precision Packaging, Inc., and Southern Silica of Louisiana, Inc., to have the claims of this plaintiff against all defendants voluntarily dismissed without prejudice. The Court, having considered the motion, and being further advised that the parties to this order are in agreement, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that the claims of Plaintiff Richard Donnell Bruce are voluntarily dismissed without prejudice as to all defendants. Each party to bear its own costs.

SO ORDERED, this 11th day of December, 2012.

                                                s/David Bramlette
                                                UNITED STATES DISTRICT JUDGE

AGREED TO:

| | |
|---|---|
| /s/ John T. Givens | /s/ Colleen S. Welch |
| R. Allen Smith, Jr., MSB #99984 | Colleen S. Welch, MSB #100807 |
| THE SMITH LAW FIRM | FORMAN PERRY WATKINS KRUTZ & TARDY, LLP |
| 681 Towne Center Boulevard, Suite B | 200 South Lamar St. 100 (39201-4099) |
| Ridgeland, Mississippi 39157 | Post Office Box 22608 |
| Telephone: (601) 952-1422 | Jackson, Mississippi 39225-2608 |
| Facsimile: (601) 952-1426 | Telephone: (601) 960-8600 |
| Allen@smith-law.org | Facsimile: (601) 960-8613 |
| | Skipperjj@fpwk.com |
| Timothy W. Porter, MSB #9687 | ***Attorney for Clemco Industries Corporation,*** |
| John T. Givens, MSB #101561 | ***Clark Sand Company, Inc., Pangborn*** |
| PORTER & MALOUF, P.A. | ***Corporation, Precision Packaging, Inc., and*** |
| P.O. Box 12768 | ***Southern Silica of Louisiana, Inc.*** |
| Jackson, Mississippi 39236-2768 | |
| tim@portermalouf.com | |
| johnny@portermalouf.com | |
| ***Attorneys for Plaintiff*** | |

/s/ Edward Mizell
Victor J. Franckiewicz, Jr., MSB #9642
J. Stevenson Ray, MSB #4649
Edward Mizell, MSB #9412
Meade W. Mitchell, MSB #9649
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Pkwy, Suite 1400
P. O. Office Box 6010
Ridgeland, MS 39158-6010
Telephone: (601) 948-5711
Facsimile: (601) 985-4500
vic.franckiewicz@butlersnow.com
steve.ray@butlersnow.com
edward.mizell@butlersnow.com
meade.mitchell@butlersnow.com
**Attorneys for Unimin Corporation**


/s/ J. William Manuel
J. William Manuel, MSB #9891
BRADLEY ARANT BOULT CUMMINGS LLP
Suite 400, One Jackson Place
188 East Capitol Street
Post Office Box 1789
Jackson, Mississippi 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
wmanuel@babc.com
**Attorney for 3M Company**


/s/ Joseph G. Baladi
Walter T. Johnson, MSB #8712
Joseph G. Baladi, MSB #100286
Corey D. Hinshaw, MSB #101520
WATKINS & EAGER PLLC
400 East Capitol Street
Post Office Box 650
Jackson, Mississippi 39205
Telephone: (601) 965-1900
Facsimile: (601 965-1901
wjohnson@watkinseager.com
jbaladi@watkinseager.com
chinshaw@watkinseager.com
**Attorneys for American Optical Corporation**

/s/ Jeffrey P. Fultz
Jeffrey P. Fultz, MSB #101058
WILLINGHAM, FULTZ & COUGILL, LLP
The Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas 77002
Telephone: (713) 333-7600
Facsimile: (713) 333-7601
jeffreyf@willingham-law.com
***Attorney for Kelco Sales & Engineering Company, a division of Polley, Inc., Bob Schmidt, Inc., and Schmidt Manufacturing, Inc.***


/s/ Charles R. Wilbanks, Jr.
Charles R. Wilbanks, Jr., MSB #7193
Matthew R. Dowd, MSB #101928
G. Austin Stewart, MSB #102570
BRUNINI LAW FIRM
The Pinnacle Building, Suite 100
190 East Capitol Street
P.O. Drawer 119
Jackson, MS 39205
Telephone: (601) 948-3101
Facsimile: (601) 960-6902
cwilbanks@brunini.com
mdowd@brunini.com
astewart@brunini.com
***Attorneys for Mine Safety Appliances Company and Pauli & Griffin Company, Inc.***


/s/ Thomas A. McHale
Thomas A. McHale, MSB #102394
STEVE BRYANT & ASSOCIATES, L.L.P.
1445 North Loop West, Suite 600
Houston, Texas 77008
Telephone: (713) 526-7474
Facsimile: (713) 526-7720
tmchale@sabryant.com
adhtexas@aol.com
***Attorney for E. D. Bullard Company***

2